# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANTOINETTE R. ALBERT,

    Plaintiff,

v.                      CASE NO.  4:05cv404-RH/WCS

SAM'S EAST, INC., etc.,

    Defendant.

_____/

## REVISED SCHEDULING AND MEDIATION ORDER

In response to the Scheduling and Mediation Order entered December 8, 2005 (document 10), defendant has filed a notice indicating that defendant no longer wishes to proceed on the substantially delayed scheduled previously requested by the parties and tentatively approved by that order.  The schedule will be advanced by approximately two months.

With professional cooperation and diligence of both sides, this case can be ready for trial on this advanced schedule.  This is a whistle blower action.  Each side will have a need for, and the right to, full discovery.  If, despite diligence, it turns out that a party needs more time to be fully prepared, appropriate adjustments

will be made. The parties should proceed, however, on the assumption that the case will go to trial on the schedule established by this order.

For these reasons,

IT IS ORDERED:

1. Trial is hereby rescheduled for the two-week trial period commencing on Monday, June 5, 2006. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

2. The discovery deadline is rescheduled for April 6, 2006.

3. Except as modified by this order, the Scheduling and Mediation Order entered December 8, 2005 (document 10) remains in effect.

SO ORDERED this 17th day of January, 2006.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge